

invention. Stelos Co., Inc., v. Hosiery Motor-Mend Corp., 2 Cir., 72 F.2d 405, affirmed, 295 U.S. 237, 55 S.Ct. 746, 79 L.Ed. 1414; In re Youker, Cust. & Pat. App., 77 F.2d 624. They did disclose such knowledge and, hence, Brown and Klein were not the first inventors.

Appellant also relies upon the decision of this court in Hazeltine Corp. v. Coe, 66 App.D.C. 341, 343, 87 F.2d 558, 560. But this court did not hold in that case as appellant contends. It held that as *all of the co-pending references* relied upon therein failed, either singly or in combination, to disclose the claims of the later applicant, they did not prevent the issuance of a patent to him as the first inventor. And the court held, on the merits, that the facts of that case clearly revealed invention.

The question has been considered and decided adversely to appellant's contention, also, by the United States Court of Customs and Patent Appeals in Re Youker, supra; by the Circuit Court of Appeals for the Sixth Circuit in Ottinger v. Ferro Stamping & Mfg. Co., 59 F.2d 640, 643; by the Circuit Court of Appeals for the Second Circuit in Hazeltine Corp. v. Abrams, 79 F. 2d 329; and by the Circuit Court of Appeals for the Fourth Circuit in Denaro v. Maryland Baking Co., 50 F.2d 1074, which adopted the opinion of the lower court reported in, D.C., 40 F.2d 513, 515, 516.

Affirmed.

H. H. Benjamin, of Washington, D. C., and William H. Abbott, of Chicago, Ill., for appellant.

R. F. Whitehead, Solicitor, United States Patent Office, for appellee.

Frank E. Liverance, Jr., of Grand Rapids, Mich., and John Boyle, Jr., of Washington, D. C., amici curiæ.

Before GRONER, STEPHENS and MILLER, Associate Justices.

MILLER, Associate Justice.

This is a companion case to Minnesota Mining & Manufacturing Co. v. Coe, 69 App.D.C. 256, 100 F.2d 429, No. 6940, decided this day. The application for reissue herein, involved claims for the waterproof sheet abrasive material itself—whereas the application in No. 6940 involved process claims. The decree of the lower court in this case must be affirmed for the reasons set forth in our opinion in No. 6940. Consequently, it is not necessary for us to consider the additional objections urged by the Commissioner against the claims here in issue, or the procedural questions presented by appellant in response thereto.

Affirmed.

## MINNESOTA MINING & MFG. CO. v. COE.
### No. 6941.

United States Court of Appeals for the District of Columbia.

Decided Aug. 15, 1938.

Rehearing Denied Dec. 9, 1938.

## FLETCHER v. WHEAT et al.
### No. 6981.

United States Court of Appeals for the District of Columbia.

Decided Oct. 17, 1938.

Petition for Rehearing and to Modify Opinion Denied Dec. 9, 1938.